DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOUGLAS GRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-248

[April 22, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE13023775.

Douglas Gray, Perry, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WARNER, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***